# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141226

BROOKLYN PLUMBING HEATING & AIR CONDITIONING,
      Plaintiff/Counter-Defendant
      Appellant,

v

ROSEMARY AIELLO, JOSEPH AIELLO,
CHRISTOPHER AIELLO, and STEVEN
AIELLO,
      Defendants/Counter-Plaintiffs-
      Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141226
COA: 283894
Hillsdale CC: 07-000222-CK

On order of the Court, the application for leave to appeal the April 1, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

p0920